Stephen **BISHOP**, Plaintiff–Appellant,

v.

**Dora B. SCHRIRO, Director; et al., Defendants–Appellees.**

**No. 05–16416.**

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 16, 2007.

Stephen Bishop, Florence, AZ, pro se.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Arizona state prisoner Stephen Bishop appeals pro se from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 action alleging retaliation and violation of his Eighth and Fourteenth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *McHenry v. Renne,* 84 F.3d 1172, 1177 (9th Cir.1996), and we affirm.

The district court did not err in dismissing Bishop's action without prejudice because his Amended Complaint, like its predecessor, did not contain a "short and plain" statement of his claims for relief as

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

required by Fed.R.Civ.P. 8. *See McHenry,* 84 F.3d at 1177–78.

Bishop's remaining contentions lack merit.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.